```
PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

The following constitutes
the order of the court. Signed August 26, 2013

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 08-47810 MEH |
| **ARNULFO ROSALES ROMERO and ANTOINETTE YVONNE ROMERO,** | Chapter 13 |
| Debtors. | <u>ORDER MODIFYING CHAPTER 13 PLAN</u> |
| _____/ | |

The above named debtors having served a Motion to Modify Chapter 13 Plan on August 2, 2013, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows:

Debtors shall surrender the 2007 Jeep Commander to 1st United Services Credit Union.

**END OF ORDER**

# COURT SERVICE LIST

'No physical service required'